# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00573-CV

## In the Matter of J. C.

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. J-22,337, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant J. C. has notified the Court that he no longer desires to pursue his appeal by filing his "Withdrawal of Notice of Appeal." Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: March 17, 2005